# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2006

Clifford W. Taylor,
Chief Justice

128924
128925

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 128924, 128925
COA: 252872, 253861
Kent CC: 03-002380-FH

DAVID RONALD ECKMYRE,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would peremptorily reverse the judgment of the Court of Appeals and remand for a new trial based on the trial judge's failure to give an instruction on the burden of proof.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2006

_____
Clerk

p0329